# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/5/2015 4:31:59 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 15 - 00083 - CV

Trial Court Style: Barrow-Shaver Resources Co. v Carrizo Oil & Gas, Inc.

Trial Court & County: 7th District Court Smith County     Trial Court No.: 12-2565-A

Date Trial Clerk's Record Originally Due: N/A

Date Court Reporter's/Recorder's Record Originally Due: 5-05-15

Anticipated Number of Pages of Record: 6000+ including exhibits

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒ my duties listed below preclude working on this record: Reporter has been in trial in the State of Texas vs Thomas Baker, 007-0478-15. Reporter is in the process of compiling the 5000+ exhibits into volumes and proofreading the final volume of trial proceedings.

☒ Other. (Explain.): Reporter is on vacation this week and moving/closing on a house next week.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  8-26-15 , and **I hereby request an additional  20  days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

08-05-15
Date      Signature *Jennifer Lowrance*

(903)590-1647
Office Phone Number     Printed Name Jennifer Lowrance

jlowrance@smith-county.com
E-mail Address (if available)     Official Title Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                     Lead Counsel for **APPELLEE(S)**:

Name: _Ms. Marcy Hogan Greer_          Name: _Mr. Otis W. Carroll, Jr._

Address: _Alexander Dubose Jefferson & Townsend_ Address: _Ireland, Carroll & Kelley, P.C._

_515 Congress Avenue, Suite 2350_        _6101 South Broadway Avenue, Suite 500_

_Austin, Texas 78701_                 _Tyler, Texas 75703-4408_
Phone no.: _(512)716-8310_            Phone no.:
                                      _(903)705-7974_

Attorney for: _Carrizio Oil & Gas_      Attorney for:  _Barrow-Shaver Resources_

Lead Counsel for **APPELLANT(S)**:                     Lead Counsel for **APPELLEE(S)**:

Name: _____                     Name:

Address: _____                   Address:

_____

Phone no.: _____                 Phone no.:

Attorney for: _____              Attorney for:

Additional                    information,                    if                    any: